# Dennis E. Hecker

## Personal Financial Statement

### June 1, 2007

**Exhibit A**

# Dennis E. Hecker
## Personal Financial Statement
### Index Of Contents

**\* Summary Balance Sheet**

**\* Supporting Schedules**

* *Personal Assets*
    * *Schedule 1 - Cash*
    * *Schedule 2 - Investment And Retirement Accounts*
    * *Schedule 3 - Notes Receivable And Personal Investments*
    * *Schedule 4 - Real Estate & Related Mortgage Debt*

* *Business Assets*
    * *Schedule 5 - Investment In Dealerships*
    * *Schedule 6 - Investment In Other Business*
    * *Schedule 7 - Investment In Real Estate Summary*
        * *Schedule 7A - Affiliated Dealerships*
        * *Schedule 7B - 1 - Other Investment / Rental Property*
        * *Schedule 7B - 2 - Other Investment / Rental Property*

* *Personal Debt*
    * *Schedule 8 - Notes Payable - Personal Debt*

* *Business Debt*
    * *Schedule 9 - Notes Payable - Business Debt*

* *Income Taxes*
    * *Schedule 10 - Income Taxes*

*Privileged, Personal And Confidential*

**Dennis E. Hecker**
*Personal Financial Statement*
*Summary Balance Sheet*
*June 1, 2007*

### Assets

**Personal Assets**

| | |
|---|---:|
| Cash | 9,566,760 |
| Investment And Retirement Accounts | 4,003,000 |
| Notes Receivable And Personal Investments | 22,589,500 |
| Real Estate | 43,050,000 |
| **Total Personal Assets** | **79,209,260** |

**Business Assets**

| | |
|---|---:|
| Investment In Dealerships | 70,876,000 |
| Investment In Other Business | 141,287,000 |
| Investment In Real Estate | 56,776,289 |
| **Total Business Assets** | **268,939,289** |
| **Total Assets** | **348,148,549** |

### Liabilities And Net Worth

**Personal Debt**

| | |
|---|---:|
| Notes Payable - Personal Debt | 1,772,000 |
| Real Estate Mortgages | 21,058,000 |
| **Total Personal Debt** | **22,830,000** |

**Business Debt**

| | |
|---|---:|
| Notes Payable - Business Debt | 71,545,000 |

**Income Taxes**

| | |
|---|---:|
| Current | 1,500,000 |
| Deferred | 11,000,000 |
| **Total Income Taxes** | **12,500,000** |
| **Total Liabilities** | **106,875,000** |
| **Net Worth** | **241,273,549** |
| **Total Liabilities And Net Worth** | **348,148,549** |

**Dennis E. Hecker**
Personal Financial Statement - Personal Assets
Supporting Schedule 1 - Cash

### Cash

**Wells Fargo**

| | |
|---|---:|
| Primary Checking | 1,553,207 |
| Other Checking Accounts | 68,000 |
| **Total Wells Fargo** | **1,621,207** |

**Bremer Bank**

| | |
|---|---:|
| Checking & Savings | 2,483,571 |
| **Total Bremer Bank** | **2,483,571** |

**US Bank**

| | |
|---|---:|
| Checking | 1,215,000 |
| Savings And Other | 140,000 |
| **Total US Bank** | **1,355,000** |

**Other Cash**

| | |
|---|---:|
| TCF | 1,102,000 |
| Crown Bank | 1,048,230 |
| Alliance Bank | 663,640 |
| Drake Bank | 401,407 |
| VISIONBank | 378,000 |
| Venture Bank | 267,080 |
| Premier Bank | 100,258 |
| Lakes State Bank | 37,000 |
| First National Bank of Hudson | 19,167 |
| First Federal | 13,000 |
| Cash On Hand | 50,000 |
| **Total Other Cash** | **4,106,982** |

| | |
|---|---:|
| **Total Cash** | **9,566,760** |

**Dennis E. Hecker**
*Personal Financial Statement - Personal Assets*
*Supporting Schedule 2 - Investment And Retirement Accounts*

### Investment / Retirement Accounts

#### Investment Accounts

| | |
|---|---:|
| JP Morgan Securities | 2,284,000 |
| USB Financial Services | 880,000 |
| Stifel, Nicolaus & Company | 342,000 |
| Community National Bank - Certificate Of Deposit | 225,000 |
| **Total Investment Accounts** | **3,731,000** |

#### Retirement Accounts

| | |
|---|---:|
| US Bank 401 (K) | 272,000 |
| **Total Retirement Accounts** | **272,000** |
| **Total Investment And Retirement Accounts** | **4,003,000** |

**Dennis E. Hecker**
Personal Financial Statement - Personal Assets
Supporting Schedule 3 - Notes Receivable And Personal Investments

**Notes Receivable / Personal Investments**

**Notes Receivable**

| | | |
|---|---|---|
| Various Individuals | 575,000 | Personal Loans |
| Jacob Holdings Of Plymouth | 380,000 | Terra Form Project |
| **Total Notes Receivable** | **955,000** | |

**Personal Investments**

| | |
|---|---|
| DEH Funding LLC - Various Projects | 12,768,000 |
| Miscellaneous Personal Property | 2,750,000 |
| Hunter Ridge Partners Stock Investments | 1,947,500 |
| Investment in Bellanotte Restaurant | 685,000 |
| Hatteras Boat | 600,000 |
| Investment in Abra Auto Body | 500,000 |
| Myth Financial Project | 500,000 |
| Investment in Champps Restaurants | 450,000 |
| Lakeland Property Deposit | 300,000 |
| Silver Cliff Property Deposit | 272,000 |
| Investment in Oceanaire Restaurant | 200,000 |
| Investment in Transcend Communications | 200,000 |
| Skyscape Deposit | 180,000 |
| Investment in RWB Development Company LLC | 100,000 |
| Investment in Spring Hill | 80,000 |
| Investment in Venture Bank | 60,000 |
| Investment in Apollo Diamond | 50,000 |
| Investment in Bremer Financial Corp | 2,000 |
| **Total Personal Investments** | **21,634,500** |
| **Total Notes Receivable And Personal Investments** | **22,589,500** |

**Dennis E. Hecker**
Personal Financial Statement - Personal Assets
Supporting Schedule 4 - Real Estate

**Real Estate & Related Mortgage Debt**

| Property Description | Cost | Estimated Value | Mortgage Balance | Lender |
|---|---|---|---|---|
| Aspen Residence | 6,400,000 | 13,000,000 | 6,000,000 | TCF |
| New Cross Lake Residence | 8,000,000 | 10,500,000 | 5,345,000 | Wells Fargo / Countrywide |
| Hunter Drive Residence | 13,000,000 | 10,000,000 | 6,000,000 | TCF |
| Vaquero Residence | 2,800,000 | 3,500,000 | 1,960,000 | Wells Fargo |
| Cross Lake Residence | 1,350,000 | 2,200,000 | 1,469,000 | Wells Federal |
| Northridge - Previous Residence | 1,350,000 | 1,800,000 | 853,000 | GMAC |
| Bayport Boat Slips | 455,000 | 1,000,000 | 0 | |
| Mariner Condominium | 260,000 | 350,000 | 86,000 | Anchor Bank |
| Plymouth - Seniors Condominium | 257,500 | 300,000 | 182,000 | American Bank |
| Mariner Condominium | 200,000 | 250,000 | 72,000 | Anchor Bank |
| Eden Valley Home | 128,000 | 150,000 | 91,000 | InterBank |
| **Total** | **34,200,500** | **43,050,000** | **21,058,000** | |

**Dennis E. Hecker**
Personal Financial Statement - Business Assets
Supporting Schedule 5 - Investment in Dealerships

Investment in Dealerships

| Dealership | Estimated Value Hecker Ownership | Hecker Ownership |
|---|---|---|
| Inver Grove Holdings LLC | 25,917,000 | 100% |
| Rosedale Dodge LLC | 6,997,000 | 100% |
| Brainerd Toyota | 6,500,000 | 100% |
| Stillwater Ford Lincoln - Mercury, Inc. | 4,923,000 | 100% |
| Southview Chevrolet Co | 4,464,000 | 100% |
| Lake Country Auto Center, Inc. | 4,467,000 | 100% |
| Inver Grove Hyundai LLC | 3,283,000 | 100% |
| Denny Hecker's Cadillac - Pontiac - GMC, Inc. | 3,238,000 | 100% |
| Monticello Motors LLC | 2,591,000 | 100% |
| Monticello Ford - Mercury, Inc. | 2,458,000 | 50% |
| St Cloud Hyundai LLC | 2,142,000 | 100% |
| Walden Fleet Group, Inc. / Car City | 1,919,000 | 100% |
| Forest Lake Imports LLC | 1,457,000 | 100% |
| AutoCal LLC - Redwood City | 500,000 | 100% |
| **Total Investment in Dealerships** | **70,876,000** | |

**Dennis E. Hecker**
Personal Financial Statement - Business Assets
Supporting Schedule 6 - Investment in Other Business

**Investment In Other Business**

| Company / Business | Estimated Value Hecker Ownership | Hecker Ownership | Nature Of Business |
|---|---|---|---|
| Advantage Rent A Car | 62,400,000 | 100% | Dailey Car Rental |
| Rosedale & Walden Leasing | 40,860,000 | 100% | Fleet Leasing |
| Austin Capital LLC | 4,600,000 | 100% | Dailey Car Rental |
| ANC Investments | 4,033,000 | 100% | Alamo Investment |
| Walden Fleet Sales Group, Inc. | 3,250,000 | 100% | Fleet Sales |
| Advantage Franchise Licensing | 18,000,000 | 100% | Franchising |
| ITR Group, Inc. | 2,900,000 | 50% | Executive Recruitment |
| Aviation Operations | 1,500,000 | 100% | Management |
| Northstate Financial Corporation | 1,465,000 | 100% | Wholesale Finance |
| Rosedale Leasing LLC | 794,000 | 100% | Wholesale Finance |
| Other Businesses | 685,000 | 100% | Various |
| Denny Hecker Mortgage LLC | 500,000 | 100% | Mortgage |
| Automotive Credit Superstore/Freedom First Financial | 500,000 | 100% | Sub Prime Finance |

| Total Investment in Other Business | 141,287,000 |
|---|---|

* Business Values Shown Net Of Working Capital / Start Up Financing

**Dennis E. Hecker**
Personal Financial Statement - Business Assets
Supporting Schedule 7 - Investment in Real Estate

**Investment in Real Estate**

| Summary | Estimated Value Total Ownership | Current Debt | Estimated Equity Hecker Ownership |
|---|---|---|---|
| Total Affiliated Dealerships (Schedule 7A) | 124,220,000 | 87,511,000 | 33,290,769 |
| Total Other Investment / Rental Property (Schedule 7B - 1) | 44,235,000 | 30,458,000 | 13,594,400 |
| Total Other Investment / Rental Property (Schedule 7B - 2) | 70,168,000 | 49,908,000 | 9,891,100 |
| **Total Investment in Real Estate** | **238,623,000** | **167,875,000** | **56,776,269** |

Note: Estimated Hecker Equity is Adjusted For Actual Ownership Percentage.

**Dennis E. Hecker**
Personal Financial Statement - Business Assets
Supporting Schedule 7A - Investment In Real Estate

**Investment In Real Estate**

| Company | Estimated Value Total Ownership | Current Debt | Estimated Equity Hecker Ownership | Hecker Ownership | Nature Of Business |
|---|---|---|---|---|---|
| **Affiliated Dealerships** | | | | | |
| Jacob Holdings Of Monticello LLC | 14,200,000 | 7,989,000 | 5,562,560 | 96% | Dealership / Other Property |
| WBDH Realty LLP | 16,455,600 | 11,828,000 | 4,627,000 | 100% | Dealership Property |
| Jacob Holdings Of Redwood City LLC | 12,650,000 | 7,068,000 | 3,425,368 | 60% | Dealership Property |
| Jacob Holdings Of Sandberg Road LLC | 12,250,000 | 9,256,000 | 2,876,200 | 96% | Dealership Property |
| Jacob Holdings Of 60th Street LLC | 5,510,000 | 3,467,000 | 1,901,280 | 96% | Dealership Property |
| Jacob Holdings Of Baxter LLC | 6,050,000 | 4,285,000 | 1,715,400 | 96% | Dealership Property |
| Jacob Holdings Of Highway 110 LLC | 10,080,000 | 8,247,000 | 1,662,880 | 96% | Dealership Property |
| Jacob Holdings Of Inver Grove LLC | 6,800,000 | 5,066,000 | 1,664,640 | 96% | Dealership Property |
| Jacob Holdings Of Hudson LLC | 3,725,000 | 2,245,000 | 1,420,800 | 96% | Dealership Property |
| Jacob Holdings Of Long Lake Road LLC | 5,500,000 | 4,098,000 | 1,345,920 | 96% | Dealership Property |
| Jacob Holdings Of Mendota Road LLC | 6,300,900 | 4,983,000 | 1,263,520 | 96% | Dealership Property |
| Jacob Holdings Of Waite Park LLC | 6,775,000 | 5,542,000 | 1,189,890 | 96% | Dealership / Other Property |
| Jacob Holdings Of South Robert Trail LLC | 4,770,000 | 3,547,000 | 1,176,680 | 96% | Dealership Property |
| Jacob Holdings Of Roseville LLC | 3,930,000 | 2,976,000 | 913,820 | 96% | Dealership Property |
| Jacob Holdings Of Forest Lake LLC | 2,600,000 | 1,785,000 | 782,400 | 96% | Dealership / Other Property |
| Jacob Holdings Of Akron Avenue LLC | 4,340,090 | 3,556,000 | 750,720 | 96% | Dealership Property |
| Jacob Holdings Of Highway 371 LLC | 1,410,000 | 1,100,000 | 297,600 | 96% | Dealership Property |
| Jacob Holdings Of St Cloud LLC | 750,000 | 520,000 | 220,800 | 96% | Dealership Property |
| **Total Affiliated Dealerships** | **124,220,000** | **87,511,000** | **33,280,769** | | |

**Dennis E. Hecker**
*Personal Financial Statement - Business Assets*
*Supporting Schedule 7B - 1 - Investment in Real Estate*

**Investment in Real Estate**

| Company | Estimated Value Total Ownership | Current Debt | Estimated Equity Hecker Ownership | Hecker Ownership | Nature Of Business |
|---|---|---|---|---|---|
| **Other Investment / Rental Property** | | | | | |
| Eden Prairie Auto Properties LLP | 11,450,000 | 7,635,000 | 3,815,000 | 100% | Investment / Rental Property |
| Sydney Holdings Of Oak Park Heights (Jerden) | 5,515,000 | 2,711,000 | 2,804,000 | 100% | Investment / Rental Property |
| DEH Properties LLC | 3,050,000 | 1,540,000 | 1,510,000 | 100% | Corporate Headquarters |
| Jacob Holdings Of Texas | 3,300,000 | 1,980,000 | 1,286,400 | 96% | Investment / Rental Property |
| Walden Properties Of Forest Lake LLP | 3,525,000 | 2,290,000 | 1,235,000 | 100% | Investment / Rental Property |
| Jacob Holdings Of Burnsville LLC | 2,200,000 | 1,085,000 | 1,038,400 | 96% | Investment / Rental Property |
| Jacob Holdings Of St Louis Park LLC | 1,650,000 | 1,045,000 | 580,800 | 96% | Investment / Rental Property |
| Jacob Holdings Of Maplewood | 9,360,000 | 8,844,000 | 495,360 | 96% | Investment / Rental Property |
| Sydney Holdings Of St Louis Park LLC | 685,000 | 251,000 | 416,640 | 96% | Investment / Rental Property |
| Jacob Holdings Of Blaine LLC | 2,550,000 | 2,267,000 | 271,680 | 96% | Investment / Rental Property |
| Myth Financial (6H Investments LLC) | 450,000 | 295,000 | 148,920 | 96% | Investment / Rental Property |
| Jacob Holdings Of Oren Avenue LLC | 500,000 | 350,000 | 144,000 | 96% | Investment / Rental Property |
| **Total Other Rental Property** | **44,235,000** | **30,458,000** | **13,554,400** | | |

**Dennis E. Hecker**
Personal Financial Statement – Business Assets
Supporting Schedule 1B - 2 - Investment In Real Estate

**Investment In Real Estate**

| Company | Estimated Value Total Ownership | Current Debt | Estimated Equity Hecker Ownership | Hecker Ownership | Nature Of Business |
|---|---|---|---|---|---|
| **Other Investment / Rental Property** | | | | | |
| MIKDEN Of Stillwater LLC | 9,750,000 | 4,356,000 | 2,697,000 | 50% | Investment Property |
| Michael Holdings Of Baxter LLC | 10,000,000 | 7,715,000 | 1,142,500 | 50% | Investment Property |
| Jacob Holdings of Stimson LLC | 9,000,000 | 6,425,000 | 1,125,000 | 50% | Investment Property |
| Jacob Holdings Of Stillwater LLC | 1,650,000 | 555,000 | 1,114,000 | 100% | Investment Property |
| Jacob Holdings Of Nestor Falls LLC | 2,000,000 | 600,000 | 700,000 | 50% | Investment Property |
| MIKDEN LLC | 3,500,000 | 2,703,000 | 390,500 | 50% | Investment Property |
| MIKDEN Of Minnetonka LLC | 3,000,000 | 2,212,000 | 394,000 | 50% | Investment Property |
| MIKDEN Of Oakdale LLC | 2,700,000 | 1,919,000 | 390,500 | 50% | Investment Property |
| Terra Ferra LLC | 2,700,000 | 2,246,000 | 363,500 | 25% | Investment Property |
| Jacob Holdings Of Cty Road 96 LLC | 840,000 | 552,000 | 205,880 | 95% | Investment Property |
| H & M Holdings Of Mendota LLC | 2,950,000 | 2,500,000 | 225,000 | 50% | Investment Property |
| HHR Copper Oaks | 600,000 | 358,000 | 242,000 | 100% | Investment Property |
| Jacob Holdings of Silver Cliff LLC | 945,000 | 773,000 | 165,120 | 96% | Investment Property |
| Clearwater Retail Center LLC | 1,600,000 | 1,354,000 | 143,550 | 33% | Investment Property |
| Jacob Holdings Of Barbeau LLC | 650,000 | 511,000 | 133,440 | 96% | Investment Property |
| HHR Whisperwood LLC | 800,000 | 553,000 | 123,500 | 50% | Investment Property |
| Philben LLC | 800,000 | 400,000 | 100,000 | 50% | Investment Property |
| Sydney Holdings of Cross Lake LLC | 301,050 | 208,000 | 89,280 | 96% | Investment Property |
| Jacob Holdings of Wisconsin LLC | 75,000 | 0 | 72,000 | 96% | Investment Property |
| Hecker & Holmes Projects | 18,477,000 | 16,375,000 | 51,000 | 50% | Investment Property |
| **Total Other Investment Property** | **70,169,000** | **49,808,000** | **8,891,100** | | |

**Dennis E. Hecker**
Personal Financial Statement - Personal Debt
Supporting Schedule 8 - Notes Payable

**Notes Payable - Personal Debt**

| Lender | Balance | Description |
|---|---|---|
| TCF | 1,154,000 | Aspen / Bohns Point Property Purchase |
| GEMB Lending | 416,000 | Hatteras Purchase |
| US Bank | 202,000 | 2nd Mortgage |
| **Total Notes Payable** | **1,772,000** | |

**Dennis E. Hecker**
Personal Financial Statement - Business Debt
Supporting Schedule 9 - Notes Payable

**Notes Payable - Business Debt**

| Lender | Balance | Description |
|---|---|---|
| DaimlerChrysler | 31,611,000 | Revolving Business Line |
| Sagecrest | 16,000,000 | Advantage Business Development |
| DaimlerChrysler | 10,000,000 | Advantage Rent A Car Purchase |
| Vision Bank | 3,000,000 | Various Business Projects |
| Toyota Financial Services | 2,500,000 | Toyota Purchase |
| JP Morgan / BankOne | 1,693,000 | Various Affiliated Real Estate Companies |
| Alan Elde | 1,630,000 | Monticello Ford Purchase |
| World Omni Financial Corporation | 1,250,000 | General Business |
| Bremer Bank | 1,030,000 | Various Business Projects |
| DaimlerChrysler | 980,000 | Toyota Volkswagen Purchase |
| Community National Bank | 802,000 | Various Business Projects |
| Alliance Bank | 685,000 | Various Business Projects |
| Crown Bank | 450,000 | Investment Purchase |
| Gilbert Family | 364,000 | Business Purchase |
| Venture Bank | 250,000 | Various Business Projects |
| Drake Bank | 250,000 | Various Business Projects |

**Total Notes Payable**  71,545,000

**Dennis E. Hecker**
*Personal Financial Statement - Income Taxes*
*Supporting Schedule 10 - Income Taxes*

## Income Taxes

**Current**

| | |
|---|---:|
| Federal And State Income Taxes | 1,500,000 |
| **Total Current Taxes** | **1,500,000** |

**Deferred**

| | |
|---|---:|
| Corporate Pass Through Timing Differences | 11,000,000 |
| **Total Deferred Taxes** | **11,000,000** |
| **Total Income Taxes** | **12,500,000** |

Corporate Timing Differences Passed Through To Mr. Hecker Are Due Primarily To Accelerated Tax Depreciation.

The Timing Of The Realization Of Any Actual Tax Liability Related To Deferred Taxes Cannot Currently Be Determined.