## CONSENT OF GUARANTOR TO ADDITIONAL BORROWING

This Consent of Guarantor to Additional Borrowing ("Consent") is made by Dennis E. Hecker ("Guarantor") in favor of Hyundai Motor Finance Company ("Hyundai Finance") in reference to the following:

WHEREAS, Hyundai Finance has extended or plans to extend loans and credit to Rosedale Dodge, Inc., a Minnesota corporation ("Borrower");

WHEREAS, Guarantor pursuant to a Continuing Guaranty and Subordination Agreement (the "Guaranty") dated January 31, 2008 has unconditionally guaranteed and promised to pay to Hyundai Finance any and all present and future indebtedness of Borrower;

WHEREAS, Borrower has requested that Hyundai Finance provide certain loans pursuant to that certain Loan and Security Agreement dated as of August 11, 2008 ("Loan and Security Agreement"), a Promissory Note dated of August 11, 2008 and other promissory notes issued from time to time evidencing the Borrower's indebtedness under the Loan and Security Agreement (together, the "Notes") and Hyundai Finance has agreed on the condition that Guarantor consent to, and agree to guaranty the obligations of Borrower under the Loan and Security Agreement and Note; and

WHEREAS, Guarantor agrees that it is beneficial to Borrower and to Guarantor that Borrower obtain the loans pursuant to the Loan and Security Agreement and Note.

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, and for other and valuable consideration, Guarantor does hereby (a) consent to the Loan and Security Agreement and Note and all terms, provisions and conditions contained therein or arising thereunder; (b) reaffirm the continuing validity and enforceability of all of his obligations to Hyundai Finance under the Guaranty, and (c) represent, affirm and acknowledge that all terms, provisions and conditions of the Guaranty shall apply to all obligations of Borrower under the Loan and Security Agreement and Note.

_____
Guarantor
By: Dennis E. Hecker

Date: August 11, 2008

Consent of Guarantor

**EXHIBIT K**